M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 APR -5 A 11: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jonathan Foster / Bullock CF)
Full name and prison name of
Plaintiff(s)

v.

Bullock Correctional
Facility, + Medical Provider
on the date of 3-15-2021,
Provider being Wexford
Health Services

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:21-CV-266-RAH-SMD
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiff(s) _Jonathan Foster_

       Defendant(s) _Bullock Correctional Facility, Medical Provider, Wexford_

    2. Court (if federal court, name the district; if state court, name the county)
       _United States District Court for the Middle District of Alabama_

3. Docket number _unknown_

4. Name of judge to whom case was assigned _unknown_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _unknown_

6. Approximate date of filing lawsuit _January of 2021_

7. Approximate date of disposition _unknown_

II. PLACE OF PRESENT CONFINEMENT _Bullock Correctional Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. _Bullock Correctional Facility/Medical Staff & Officers_ _P.O. Box 5107_ _Union Springs, AL 36089_

4. _Wexford Health Services, 85-B Spectrum Cove_ _Alabaster, AL 35007_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _from 3-10-21 to currently - 3-24-21_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Cruel and Unusual Punishment / Denial of Medical Care_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

In early 2015, I was assaulted by Officer Jackson of Bullock Correctional Facility in an incident in which my right shoulder was broken by a baton. Since then, I was denied medical care until I put in an ~~GROUND TWO:~~ intent to sue in late 2020, for which I was then provided surgery for said injury on 3-10-21. Since being released ~~SUPPORTING FACTS:~~ from the hospital and being placed back into population as of 3-10-21, I have yet to be provided a bandage change, nor has bandage change been called by the officers stationed over the dorm I reside in. I believe that my shoulder is ~~GROUND THREE:~~ still damaged due to the pain and abnormal lump/protrusion on it. As of 3-23-21, I have been further denied ~~SUPPORTING FACTS:~~ medical care for my shoulder concerning the request for medical screening to address the issues I am still having with my shoulder. Being in population, I have been ~~further~~ assaulted by other inmates, in which I have been unable to defend myself due to my injury.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like monetary reimbursement for pain and suffering, along with a private orthopedic surgeon not affiliated with defendant to provide all necessary and proper medical care at the expense of the defendant.

*Jonathan Foster*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/29/21
(Date)

*Jonathan Foster*
Signature of plaintiff(s)

Jonathan Foster AIS# 262301
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

Jonathan Foster AIS#262301
Bullock Correctional Facility
P.O. Box 5107          D1-21A
Union Springs, AL 36089

U.S. Middle District of AL
One Church St. Suite B-110
Montgomery, AL 36104

LEGAL MAIL

#205016

Bro. Marvin Franklin El
P.O. Box 5107  G2-42A
Union Springs AL. 36089
Bro J. Foster Bey

U.S. Middle District
of AL
One Church St. Suite B-110
Montgomery, AL, 36104



LEGAL
2 APR 2021 PM 4
MONTGOMERY AL 360